| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF RICHLAND | IN THE COURT OF COMMON PLEAS<br>FOR THE FIFTH JUDICIAL CIRCUIT |
| FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS, Derivatively on Behalf of SCANA CORPORATION and Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY E. ADDISON, D. MAYBANK HAGOOD, LYNNE M. MILLER, JAMES A. BENNETT, MACEO K. SLOAN, SHARON A. DECKER, JAMES W. ROQUEMORE, ALFREDO TRUJILLO, JOHN F.A.V. CECIL, GREGORY E. ALIFF, KEVIN B. MARSH, STEPHEN A. BYRNE, JAMES M. MICALI, HAROLD C. STOWE, DOMINION ENERGY, INC., and SEDONA CORP.,<br><br>Defendants,<br><br>-and-<br><br>SCANA CORPORATION, a South Carolina corporation,<br><br>Nominal Defendant. | Case No. 2017-CP-400-7547<br><br>**NOTICE OF APPEARANCE**<br><br> |

PLEASE TAKE NOTICE, that the undersigned attorney, Andrew A. Mathias, of Nexsen Pruet, LLC, shall be added as counsel for Defendants Dominion Energy, Incorporated and Sedona Corporation in the above captioned matter. Pursuant to Rule 5, SCRCP, all pleadings, notices, and other papers should be served upon the undersigned at the addresses indicated below.

[SIGNATURE PAGE FOLLOWS]

*Respectfully submitted,*

NEXSEN PRUET, LLC

_____
ANDREW A. MATHIAS (S.C. BAR NO. 76220)
55 EAST CAMPERDOWN WAY, SUITE 400
GREENVILLE, SOUTH CAROLINA 29601
TELEPHONE: 864.282.1195
EMAIL: AMathias@NexsenPruet.com

*Attorney for Defendants Dominion Energy, Incorporated and Sedona Corporation*

February 12, 2018
Greenville, South Carolina