# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Firemen's Retirement System of St. Louis, derivatively on behalf of SCANA Corporation and individually and on behalf of all others similarly situated, | C/A No. 3:18-501-MBS |
| Plaintiff, | |
| v. | |
| Jimmy E. Addison, D. Maybank Hagood, Lynne M. Miller, James A. Bennett, Maceo K. Sloan, Sharon A. Decker, James W. Roquemore, Alfredo Trujillo, John F.A.V. Cecil, Gregory E. Aliff, Kevin B. Marsh, Stephen A. Byrne, James M. Micali, Harold C. Stowe, Dominion Energy, Inc., and Sedona Corp., | **DOMINION ENERGY, INC. AND SEDONA CORP.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |
| Defendants, | |
| and | |
| SCANA Corporation, a South Carolina corporation, | |
| Nominal Defendant. | |

On page 9 of Dominion's memorandum in opposition to Plaintiff's motion to remand, Dominion provided a cite to *Lincoln National Life Insurance Company v. Bezich*, 610 F.3d 448 (7th Cir. 2010), and in a parenthetical stated (adopting similar reasoning with approval). This parenthetical was not correct, as the Court held that a CAFA exception did apply. We apologize for this error.

*[SIGNATURE PAGE FOLLOWS]*

*Respectfully Submitted,*

NEXSEN PRUET, LLC

s/ William W. Wilkins
---
William W. Wilkins    Fed ID No. 4662
Burl F. Williams      Fed ID No. 10556
Andrew A. Mathias   &␣Fed ID No. 10166
55 East Camperdown Way, Suite 400 (29601)
Post Office Drawer 10648
Greenville, SC 29603-0648
(864) 370-2211
(864) 282-1177 (facsimile)
BWilkins@nexsenpruet.com
BWilliams@nexsenpruet.com
AMathias@nexsenpruet.com

MCGUIREWOODS LLP

Brian E. Pumphrey (*admitted pro hac vice*)
Brian D. Schmalzbach (*admitted pro hac vice*)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-7745
(804) 698-2018
bpumphrey@mcguirewoods.com
bschmalzbach@mcguirewoods.com

*Counsel for Defendants Dominion Energy, Inc. and Sedona Corp.*

March 29, 2018
Greenville, South Carolina